JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOBAL FRANCISCO ARREAZA SANCHEZ, | Case No. 5:26-cv-01580-KES |
| Petitioner, | |
| v. | **JUDGMENT** |
| PAMELA BONDI, et al., | |
| Respondents. | |

Pursuant to the Court's Order Granting Petition and Requiring Petitioner's Immediate Release from Custody, IT IS ADJUDGED that the Petition is granted.

DATED: April 20, 2026        _____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE